CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                             ) Case No. 08-57130-ASW
                                                   )
   ALLRIDES, INC.,                        ) CHAPTER 11
                                                   )
               Debtor.         )
_____)

## EX PARTE APPLICATION TO CONVERT CASE

ALLRIDES, INC., Debtor and Debtor-in-Possession herein, hereby gives notice of its request to convert this case to a Chapter 7 proceeding.

WHEREFORE, Applicant prays that this Court enter its order converting this case to a Chapter 7 proceeding.

Dated:    March 11, 2009                    CAMPEAU GOODSELL SMITH

                                             By____/s/ Scott L. Goodsell_____
                                                 Scott L. Goodsell
                                                 Attorneys for Debtor