1 | CAMPEAU GOODSELL SMITH
2 | A Law Corporation
SCOTT L. GOODSELL, SBN 122223
3 | 440 N. First Street, Suite 100
San Jose, California 95112
4 | (408) 295-9555

5 | Attorneys for Debtor

IT IS SO ORDERED.
Signed March 23, 2009

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                )   Case No. 08-57130-ASW
                                      )
   ALLRIDES, INC.,                    )   CHAPTER 11
                                      )
                      Debtor.   )
_____)

## ORDER CONVERTING CASE TO CHAPTER 7 PROCEEDING

     Pursuant to the request of ALLRIDES, INC., Debtor and Debtor-in-Possession herein, to convert this case to a Chapter 7 proceeding,

     IT IS HEREBY ORDERED THAT this case is converted to a Chapter 7 proceeding.

     *   *   *   END OF ORDER   *   *   *

No Service List Required